

# PRIORITY MAIL

- Date of delivery specified for domestic use.
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.
- Order supplies online.
- When used internationally, a customs declaration may be required.

**MAILING ENVELOPE**

FILED
CHARLOTTE, NC

MAR 20 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

PRIORITY MAIL
POSTAGE REQUIRED

FROM: Mary L. Haggins
1412 Seigle Ave
Charlotte nc
28205

Clerk Office

TO: Judge Conrade Only



To schedule free Package Pickup, scan the QR code.



PS00000000013
EP14 Oct 2018
OD: 11 5/8 x 15 1/8

Case 3:20-cv-00179-FDW-DCK   Document 1-2   Filed 03/20/20   Page 1 of 1

USPS.COM/PICKUP